# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

**IN RE:**

**Karen Kay Tharp**

              **Debtor,**

Case No.: **10-04397-dd**
**Chapter 7**
**Statement of Change**

In accordance with Bankruptcy Rule 1009 and Local Rule 1009-1, the undersigned hereby amends Schedules A/B and C as follows:

1. Amended Schedule A/B:    Amended to update personal injury cause of action
2. Amended Schedule C:     Amended to updated exemption amount

Date: February 1, 2019

/s/ Jason T. Moss
Signature of Attorney

Moss & Associates, Attorneys, P.A.
816 Elmwood Avenue
Columbia, SC 29201
(803) 933-0202

 7240
District Court I.D. Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

**IN RE:**

**Karen Kay Tharp**

Case No.: **10-04397-dd**

**Chapter 7**
**Certificate of Service**

**Debtor,**

    THE UNDERSIGNED HEREBY CERTIFIES THAT HE/SHE PROPERLY SERVED THE FOREGOING NOTICE OF AMENDED SCHEDULE A/B AND C TO ALL CREDITORS LISTED VIA REGUALR MAIL, POSTAGE PREPAID.

Randy A. Skinner- (CM/ECF)
Chapter 7 Trustee

US Trustee's Office (CM/ ECF)
1835 Assembly Street
Suite 953
Columbia, SC 29201

- See attached matrix


Date: February 1, 2019                    /s/ Chi Anne S. Walling
                                                Moss & Associates, Attorneys, P.A.
                                                816 Elmwood Avenue
                                                Columbia, SC 29201
                                                803-933-0202

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen Kay Tharp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number   10-04397

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                                                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: <br> Model: <br> Year: <br> Approximate mileage: <br> Other information: <br> **2007 SATURN VUE: VIN# (5GZCZ33DX75806069), (4) DOOR, (4) CYLINDER, (288,000) MILES, KELLEY BLUE BOOK VALUE ($2,926)** | **Who has an interest in the property?** Check one <br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $2,926.00            $2,926.00 |

| Debtor 1 | Karen Kay Tharp | Case number *(if known)* | 10-04397 |

| 3.2 | Make: <br> Model: <br> Year: <br> Approximate mileage: <br> Other information: <br><br>**DEBTOR'S RESIDENCE: MOBILE HOME ONLY: 1997 BELLCREST SINGLEWIDE MOBILE HOME: (70X14), MOBILE HOME AS NOT BEEN ASSESED YET, DEBTOR PURCHASED MOBILE HOME MARCH 2010 FOR ($23,000), DEBTOR'S OPINION OF MARKET VALUE ($23,000), DEBTOR HAS 1/2 INTEREST IN MOBILE HOME WITH SON, DEBTOR'S INTEREST IN MOBILE HOME ($11,500)**<br><br>**MOBILE HOME SITS ON RENTED LAND LOACTED AT 306 DOVE ROAD, LOT 26, CAMDEN, SC  29020, KERSHAW COUNTY.** | **Who has an interest in the property?** Check one <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ■ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $23,000.00      $11,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$14,426.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | **HOUSEHOLD GOODS: COUCHES, CHAIRS, LOVE SEAT, COFFEE TABLE, END TABLES, KITCHEN TABLE, CHAIRS, MICROWAVE, REFRIGERATOR, BEDS, DRESSERS, NIGHT STANDS, TELEVISIONS, DVD PLAYER, LAMPS, RUGS, COMPUTER, COMPUTER DESK, BOOK SHELF** | **$2,000.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes.  Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | **ASSORTED BOOKS AND PICTURES** | **$200.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

   | **CLOTHING: ASSORTED USED CLOTHING** | **$300.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

   | **JEWELRY: ASSORTED USED COSTUME JEWELRY** | **$300.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  **$2,800.00**

### Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No

| Debtor 1 | **Karen Kay Tharp** | | Case number *(if known)* **10-04397** |
|---|---|---|---|

■ Yes.......................        Institution name:

| | 17.1. | **KEMBA FCU: CHECKING ACCOUNT# (0148-1)** | **$18.00** |
|---|---|---|---|
| | 17.2. | **KEMBA FCU: SAVINGS ACCOUNT# (0148-0)** | **$16.45** |
| | 17.3. | **CALL FEDERAL CREDIT UNION: SAVINGS ACCOUNT# (5456-01)** | **$5.13** |
| | 17.4. | **CALL FEDERAL CREDIT UNION: CHECKING ACCOUNT# (5456)** | **$0.00** |
| | 17.5. | **C&F BANK: CHECKING ACCOUNT# (5594)** | **$15.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                    Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

| Debtor 1 | Karen Kay Tharp | Case number *(if known)* | 10-04397 |
|---|---|---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................**     **$54.58**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

| Debtor 1 | Karen Kay Tharp | Case number (if known) | 10-04397 |
|---|---|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ■ Yes. Give specific information.........

| **OUTDOOR PROPERTY: PUSH MOWER ($40), OUTDOOR TABLE ($30)** | $70.00 |
|---|---|

| **PERSONAL INJURY LAWSUIT: DEBTOR PURSUED A PRODUCT LIABILITY CLAIM AGAINST A MEDICAL DEVICE COMPANY FOR PHYSICAL INJURIES SUFFERED AS A RESULT OF AN IMPLANTED MEDICAL DEVICE. DEBTOR IS REPRESENTED BY ATTORNEY: BRITTANY CLARK OF BARON AND BUDD PC 3102 OAK LAWN AVE #1100 DALLAS TEXAS 75219-7281  AND DANIEL GRUBER OF GRUBER & GRUBER 15260 VENTURA BOULEVARD SUITE 1200 SHERMAN OAKS, CA 91403** | |
|---|---|
| **NET SETTLEMENT AMOUNT TOTALS: 9190.78** | $9,190.78 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... $9,260.78

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ................................................................................................................. | | $0.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $14,426.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $2,800.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $54.58 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $9,260.78 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $26,541.36 | Copy personal property total  $26,541.36 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $26,541.36 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 10-04397-dd<br>District of South Carolina<br>Columbia<br>Wed Jan 30 12:01:02 EST 2019 | ADOLF WEIDENBACHER<br>1357 BROKEN CIRCLE<br>CHESTER, SC 29706-6205 | AT&T<br>208 SOUTH AKARD STREET<br>DALLAS, TX 75202-4206 |
| ATTORNEY GENERAL OF UNITED STATES<br>950 PENNSYLVANIA AVE, NW<br>Washington DC 20530-0001 | BMG MUSIC SERVICE<br>PO BOX 15779<br>Oklahoma City OK 73155-5779 | BOBBY L. LILLY<br>24 MILDEN ROAD<br>Farmville VA 23901-3510 |
| BULL CITY FINANCIAL<br>1107 W. MAIN STREET STE 201<br>DURHAM, NC 27701-2028 | CAMDEN RADIOLOGY<br>PO BOX 2769<br>Orangeburg SC 29116-2769 | CHESTER REGIONAL<br>ONE MEDICAL PARK DRIVE<br>CHESTER, SC 29706-9769 |
| CHIPPENHAM JOHNSTON WILLIS MED<br>2703 NORTH HIGHWAY 75<br>Sherman TX 75090-2567 | COLON AND RECTAL SPECIALISTS<br>2703 NORTH HIGHWAY 75<br>Sherman TX 75090-2567 | COMMONWEALTH DENTISTRY<br>151 LEGORDON DRIVE<br>Midlothian VA 23114-4333 |
| DIGESTIVE DISEASE ASSOCIATES<br>170 AMENDMENT AVENUE<br>ROCK HILL, SC 29732-3073 | DIRECT TV/CBE GROUP<br>131 TOWER PARK DRIVE<br>SUITE 100<br>Waterloo IA 50701-9374 | DJO, LLC<br>PO BOX 515471<br>LOS ANGELOS, CA 90051-6771 |
| DOROTHY WEIDENBACHER<br>1357 BROKEN CIRCLE<br>CHESTER, SC 29706-6205 | DOUBLEDAY BOOK CLUB<br>575 UNDERHILL BLVD<br>SUITE 224<br>Syosset NY 11791-3416 | DR. FRANKLIN C. OGNELODH<br>2831 ROBYS WAY<br>Midlothian VA 23113-1428 |
| East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | FAMILY EYE CARE OF VA<br>8728 FOREST HILL AVENUE<br>Richmond VA 23235-2432 | FOOT AND ANKLE SPECIALIST OF VA<br>7016 LEE PARK ROAD<br>SUITE 105<br>Mechanicsville VA 23111-3620 |
| GMAC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | GMAC<br>PO BOX 380901<br>Minneapolis MN 55438-0901 | HANOVER ANESTHESIA GROUP<br>5855 BREMO ROAD<br>Richmond VA 23226-1930 |
| HANOVER ANESTHESIA GROUP IN<br>5855 BREMO ROAD<br>Richmond VA 23226-1930 | HANOVER OUTPATIENT SURGERY CENTER<br>7016 LEE PARK ROAD<br>Mechanicsville VA 23111-3682 | HEALTH MANAGEMENT<br>517 DOCTORS COURT<br>CHESTER, SC 29706-8644 |
| HERITAGE ACCEPTANCE CORP<br>118 SOUTH 2ND STREET<br>Elkhart IN 46516-3113 | HERMITAGE FARMS MHP<br>175 PRECIPICE ROAD<br>Camden SC 29020-4824 | Heritage Acceptance Corporation<br>118 South Second Street<br>Elkhart, IN 46516-3113 |

```
IC SYSTEMS                              (p)INTERNAL REVENUE SERVICE          JEREMIAH THARP
PO BOX 64378                            CENTRALIZED INSOLVENCY OPERATIONS    306 DOVE ROAD
Saint Paul MN 55164-0378                PO BOX 7346                          LOT 26
                                        PHILADELPHIA PA 19101-7346           CAMDEN, SC 29020-4839


KENNY MULLINS                           KERSHAW COUNTY                       KERSHAW HEALTH
39 LANDUS ROAD                          1121 BROAD STREET                    1315 ROBERTS STREET
CUMBERLAND, VA 23040-2223               Camden SC 29020-3623                 Camden SC 29020-3737


LAB CORP                                LEXINGTON MEDICAL CENTER             LVNV Funding LLC
PO BOX 2240                             7035 ST. ANDREWS ROAD                Resurgent Capital Services
Burlington NC 27216-2240                Columbia SC 29212-1177               PO Box 10587
                                                                             Greenville, SC 29603-0587


MEDICAL COLLECTION SERVICES OF LMC      METROLINA NEUROLOGICAL               MOSS & ASSOCIATES, ATTORNEYS, P.A.
PO BOX 100274                           200 SOUTH HERLONG STE H              816 ELMWOOD AVENUE
COLUMBIA, SC 29202-3274                 ROCK HILL, SC 29732-1182             Columbia SC 29201-2027


Midland Funding LLC                     Midland Funding LLC by American InfoSource L    Jason T. Moss
by American InfoSource LP as agent      Attn: Department 1                   Moss & Associates, Attorneys, P.A.
Attn: Department 1                      PO Box 4457                          816 Elmwood Avenue
PO Box 4457                             Houston, TX 77210-4457               Columbia, SC 29201-2027
Houston, TX  77210-4457


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    PRA  Receivables Management LLC      PRA Receivables Management, LLC
PO BOX 41067                            POB 41067                            As Agent Of Portfolio Recovery Assocs.
NORFOLK VA 23541-1067                   Norfolk, VA 23541-1067               PO Box 12914
                                                                             Norfolk VA 23541-0914


Palisades Acquisition IX, LLC           Palisades Acquisition VIII, LLC      Palisades Acquisition XVIII, LLC
Vativ Recovery Solutions LLC            Vativ Recovery Solutions LLC         Vativ Recovery Solutions LLC
C/O Palisades Acquisition IX, LLC       C/O Palisades Acquisition VIII, LLC  C/O Palisades Acquisition XVIII, LLC
PO Box 19249                            PO Box 19249                         PO Box 19249
Sugar Land TX 77496-9249                Sugar Land TX 77496-9249             Sugar Land TX 77496-9249


Portfolio Recovery Associates, LLC      RADIOLOGY RICHMOND                   RETREAT HOSPITAL
Po Box 41067, Norfolk VA 23451          10506 WAKEMAN DRIVE                  2703 HIGHWAY 75
                                        Fredericksburg VA 22407-8040         Sherman TX 75090-2567


Rjm Acquisitions Llc                    Roundup Funding, LLC                 Jane S. Ruschky
575 Underhill Blvd                      MS 550                               Moss and Associates
Suite 224                               PO Box 91121                         816 Elmwood Avenue
Syosset, NY 11791-3416                  Seattle, WA 98111-9221               Columbia, SC 29201-2027


SC DEPT OF REVENUE                      SEARS/LVNV FUNDING LLC               SHEWELS
PO BOX 12265                            726 EXCHANGE STREET                  PO BOX 786
Columbia SC 29211-2265                  SUITE 700                            Farmville VA 23901-0786
                                        Buffalo NY 14210-1464
```

| | | |
|---|---|---|
| SOUTHSIDE ELECTRIC COOPERATIVE INV<br>PO BOX 7<br>Crewe VA 23930-0007 | Schewel Furniture Company, Inc.<br>Attn: Rachel Cremeans<br>PO Box 6120<br>Lynchburg, VA 24505-6120 | Randy A. Skinner<br>300 N. Main Street<br>Suite 201A<br>Greenville, SC 29601-2159 |
| John Timothy Stack<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 | THE ASHTON DRAKE GALLERIES<br>9200 NORTH MARYLAND AVENUE<br>Niles IL 60714-1397 | Karen Kay Tharp<br>1357 Broken Circle<br>Chester, SC 29706-6205 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | US ATTORNEY'S OFFICE<br>ATTN DOUG BARNETT<br>1441 MAIN ST STE 500<br>Columbia SC 29201-2862 | VA UROLOGY CENTER<br>PO BOX 79437<br>Baltimore MD 21279-0437 |
| VATIV RECOVERY SOLUTIONS LLC<br>P.O. Box 40728<br>Houston, TX 77240-0728 | VATIV RECOVERY SOLUTIONS, LLC, dba SMC<br>As Agent For Palisades Collection/ASTA F<br>P.O. Box 40728<br>Houston, TX 77240-0728 | VERIZON VIRGINIA INC<br>PO BOX 660720<br>Dallas TX 75266-0720 |
| VIRGINIA FAMILY PHYSICIANS<br>PO BOX 409601<br>Atlanta GA 30384-9601 | Vativ Recovery Solutions, LLC<br>PO Box 19249<br>Sugar Land, TX 77496-9249 | Verizon<br>PO BOX 3037<br>Bloomington, IL 61702-3037 |
| WOMAN WITHIN<br>PO BOX 659728<br>San Antonio TX 78265-9728 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>PO BOX 21126<br>Philadelphia PA 19114-0326 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>SUITE 1<br>Norfolk VA 23502 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DOROTHY WEIDENBACHER<br>1357 BROKEN CIRCLE<br>Chester SC 29706-6205 | (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | End of Label Matrix<br>Mailable recipients    75<br>Bypassed recipients     2<br>Total                  77 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Karen Kay Tharp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number (if known) | 10-04397 | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                   4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2007 SATURN VUE: VIN# (5GZCZ33DX75806069), (4) DOOR, (4) CYLINDER, (288,000) MILES, KELLEY BLUE BOOK VALUE ($2,926)**<br>Line from *Schedule A/B*: **3.1** | $2,926.00 | ■ $3,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **DEBTOR'S RESIDENCE: MOBILE HOME ONLY: 1997 BELLCREST SINGLEWIDE MOBILE HOME: (70X14), MOBILE HOME AS NOT BEEN ASSESED YET, DEBTOR PURCHASED MOBILE HOME MARCH 2010 FOR ($23,000), DEBTOR'S OPINION OF MARKET VALUE ($23,000), DEBTOR HAS 1/2 INTEREST IN MOBILE**<br>Line from *Schedule A/B*: **3.2** | $11,500.00 | ■ $21,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 1 of 3

| Debtor 1 | **Karen Kay Tharp** | | Case number (if known) | **10-04397** |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **HOUSEHOLD GOODS: COUCHES, CHAIRS, LOVE SEAT, COFFEE TABLE, END TABLES, KITCHEN TABLE, CHAIRS, MICROWAVE, REFRIGERATOR, BEDS, DRESSERS, NIGHT STANDS, TELEVISIONS, DVD PLAYER, LAMPS, RUGS, COMPUTER, COMPUTER DESK, BOOK SHELF**<br>Line from Schedule A/B: **6.1** | $2,000.00 | ■ | $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **ASSORTED BOOKS AND PICTURES**<br>Line from Schedule A/B: **8.1** | $200.00 | ■ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **CLOTHING: ASSORTED USED CLOTHING**<br>Line from Schedule A/B: **11.1** | $300.00 | ■ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **JEWELRY: ASSORTED USED COSTUME JEWELRY**<br>Line from Schedule A/B: **12.1** | $300.00 | ■ | $1,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **KEMBA FCU: CHECKING ACCOUNT# (0148-1)**<br>Line from Schedule A/B: **17.1** | $18.00 | ■ | $18.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **KEMBA FCU: SAVINGS ACCOUNT# (0148-0)**<br>Line from Schedule A/B: **17.2** | $16.45 | ■ | $16.45<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **CALL FEDERAL CREDIT UNION: SAVINGS ACCOUNT# (5456-01)**<br>Line from Schedule A/B: **17.3** | $5.13 | ■ | $5.13<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **CALL FEDERAL CREDIT UNION: CHECKING ACCOUNT# (5456)**<br>Line from Schedule A/B: **17.4** | $0.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **C&F BANK: CHECKING ACCOUNT# (5594)**<br>Line from Schedule A/B: **17.5** | $15.00 | ■ | $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **OUTDOOR PROPERTY: PUSH MOWER ($40), OUTDOOR TABLE ($30)**<br>Line from Schedule A/B: **53.1** | $70.00 | ■ | $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Karen Kay Tharp** | | Case number (if known) | **10-04397** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **PERSONAL INJURY LAWSUIT: DEBTOR PURSUED A PRODUCT LIABILITY CLAIM AGAINST A MEDICAL DEVICE COMPANY FOR PHYSICAL INJURIES SUFFERED AS A RESULT OF AN IMPLANTED MEDICAL DEVICE. DEBTOR IS REPRESENTED BY ATTORNEY: BRITTANY CLARK OF BARON AND BUDD PC 3102 OAK**<br>Line from *Schedule A/B*: **53.2** | $9,190.78 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No
    ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karen Kay Tharp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number  **10-04397**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Karen Kay Tharp**                                   X _____
**Karen Kay Tharp**                                           Signature of Debtor 2
Signature of Debtor 1

Date  **February  1, 2019**                                Date