# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF SOUTH CAROLINA

IN RE:

**Karen Kay Tharp**
**1357 Broken Circle**
**Chester, SC 29706**

*aka* **Karen Kay Weidenbacher**

DEBTORS

Last four digits of Social-Security or
Individual Tax-Payer-Identification (ITIN)
No(s)., (if any):   xx 8835

CASE NO:  10-04397-dd

CHAPTER: 7

NOTICE OF MOTION/APPLICATION
AND OPPORTUNITY FOR HEARING

## APPLICATION OF SETTLEMENT AND COMPROMISE

Karen Kay Tharp  has filed papers with the court for an Application of Settlement.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant relief sought in this motion, or you want the court to consider your views on the motion then within (21) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Jason T. Moss, Attorney for Debtor 816 Elmwood Avenue Columbia, SC 29201 and

**Karen Kay Tharp** 1357 Broken Circle Chester, SC 29706

Attend the hearing scheduled to be heard on **March 7, 2019**, at **10:00 a.m.** at the  United States Bankruptcy Court, 1100 Laurel Street Columbia, SC 29201.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion, except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  February 1, 2019

 /s/ Jason T. Moss
Jason T. Moss
Moss & Associates, Attorneys, P.A.
Attorney for Movant/Movant
D.C. ID# 7240
816 Elmwood Avenue
Columbia, S.C.  29201
(803) 933-0202

Address of Court:
United States Bankruptcy Court
1100 Laurel Street
Columbia, SC 29201.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )        Chapter: 7
  **Karen Kay Tharp**                     )
                                          )
                                          )        Case No. <u>10-04397-dd</u>
                                          )
                                          )        **APPLICATION**
                                          )        **FOR SETTELEMENT AND**
_____DEBTOR(S)_____)            **COMPROMISE**

TO CHAPTER 13 TRUSTEE AND ALL OTHER CREDITORS

NATURE OF DISPUTE:  The cause of action involves a product liability claim against a medical device company for physical injuries suffered by the Debtor as a result of an implanted medical product.

AMOUNT DISPUTED:  N/A

PROPOSED SETTLEMENT
OR COMPROMISE:  Settlement resulted in gross proceeds in the amount of: $17,500.00;
          Attorney fees: $6650.00; Court Ordered MDL Assessment fee: $875.00;
              Litigation costs: $1877.34; Resolution fee: $575.00; Lien: $381.88;
              Balance due to claimant: $7,140.78.

BENEFIT TO THE ESTATE:  $0

MOVING PARTIES:  Moss & Associates, Attorneys P.A., 816 Elmwood Ave., Columbia, S.C. 29201.

    The Debtor hereby certifies that the terms set out above are complete and have been agreed upon by the moving parties named herein.

    WHEREFORE, the moving parties request the court issue an order authorizing the settlement and compromise and such other and further relief as may be proper.


Date:  February 1, 2019

                                   /s/ Jason T. Moss
                                   Jason T. Moss
                                   District I.D. #: 7240
                                   Moss & Associates Attorneys P.A.
                                   816 Elmwood Ave.
                                   Columbia, S.C. 29202
                                   (803) 933-0202

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

|                          |     |                          |
|--------------------------|-----|--------------------------|
| IN RE:                   | )   |                          |
|                          | )   | Chapter: 7               |
| Karen Kay Tharp          | )   | Case No. 10-04397-dd     |
|                          | )   |                          |
|                          | )   | CERTIFICATE OF SERVICE   |
|                          | )   |                          |
| Debtor(s)                | )   |                          |

I hereby certify that a copy of the Debtor's Notice & Application for Settlement and

Compromise and proposed Order were served upon the parties listed below by placing same in

the United States Mail with sufficient postage attached thereto at the addresses listed below or by

courier service.


Randy A. Skinner
Chapter 7 Trustee – ECF

Baran and Budd, P.C.
3102 Oak Lawn Ave., #1100
Dallas, Texas 75219-4281

SEE ATTACHED LIST.


Date:   February 1, 2019


/s/ Chi Anne Walling
Moss & Associates Attorneys P.A.
816 Elmwood Ave.
Columbia, SC 29201
(803) 933-0202