**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 10−04397−dd                                   Chapter: 7

**In re:**
Karen Kay Tharp
aka Karen Kay Weidenbacher

| **Entered By The Court**<br>**3/28/19** | **ORDER DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court**<br>**3/28/19**<br>Laura A. Austin<br>Clerk of Court<br>US Bankruptcy Court |

The trustee having certified that the estate of the above−named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate.

The Chapter 7 case of the above named debtor(s) is closed.

*[signature]*

Chief United States Bankruptcy Judge